**Order filed, February 04, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00045-CR

———————

### RENE  RIVERA  HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCR-056418**

## ORDER

The reporter's record in this case was due **January 26, 2015**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Karen Woolsey**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM